CHARLES CARREON (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Email: chas@charlescarreon.com
Attorney for Plaintiffs
CFM Asset Management, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CFM ASSET MANAGEMENT, INC., a Nevada corporation,

    Plaintiff-Petitioner

vs.

BLUE STAR MEDIA, LTD., a Republic of the Seychelles company;

    Defendant-Respondent.

Case No. CV11 02801 CAS PLAx

COMPLAINT IN THE NATURE OF A PETITION TO COMPEL ARBITRATION UNDER THE FEDERAL ARBITRATION ACT AND FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

**PETITION**

Petitioner CFM Asset Management, Inc. ("CFM" or "Petitioner") alleges in support of its complaint in the nature of a petition to compel arbitration by Respondent Blue Star Media, Ltd. ("BSML" or "Respondent") as follows:

**THE PARTIES**

1. CFM is a corporation incorporated in the State of Nevada with its primary place of business in Dallas, Texas.

2. BSML is a company incorporated in the Republic of the Seychelles that has engaged in the business of marketing subscription websites throughout the United States.

///

///

**THE NATURE OF THE ACTION**

3. This is an action to compel arbitration under 9 U.S.C. § 1, *et. seq.* pursuant to the arbitration and forum-selection clause in paragraph 23 of the contract attached hereto as Exhibit "A" (the "Arbitrable Agreement").

**SUBJECT MATTER JURISDICTION**

4. This Court has original jurisdiction under 28 U.S.C. §1332 of this action, between CFM, a resident of the United States, and BSML, a resident of a foreign nation, in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Because this Court has diversity jurisdiction over the action, it also has subject matter jurisdiction under the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

**VENUE**

5. Venue is proper under 28 USC § 1391(d), because BSML is an alien corporation incorporated in the Republic of the Seychelles; venue is further proper under 28 USC § 1391(c) because BSML is deemed to reside in this judicial district, where it is has consented to personal jurisdiction pursuant to the forum selection clause of the Arbitrable Agreement. Venue is proper because the Arbitrable Agreement specifies that arbitration will be conducted in Los Angeles, California.

**PETITIONER'S ARBITRABLE CLAIM AGAINST RESPONDENT**

6. CFM restates and realleges each and every allegation made herein as if set forth in full hereat.

7. On or about October 1, 2008, CFM and BSML signed the Arbitrable Agreement.

8. CFM and BSML were parties of equal bargaining power, and freely and voluntarily included an arbitration clause as Paragraph 23 of the Arbitrable Agreement in order to provide a neutral forum for the arbitration of any disputes between the contracting parties:

> "California law shall apply to the interpretation of this agreement. Any disputes concerning its terms shall be submitted to arbitration by a single, jointly chosen arbitrator, in Los Angeles, California. A suit to compel arbitration and appoint and arbitrator may be filed in the State or Federal Courts of California."

9. The Arbitrable Agreement provided that CFM would refer Internet sales to BSML at the rate of $25 per referral, for which BSML was to make payment every two weeks, pursuant to paragraph 8 thereof.

10. CFM performed all its duties to BSML pursuant to the Arbitrable Agreement, sending 25,426 referrals to BSML, and incurring a total obligation to CFM in the amount of $635,650, of which BSML paid only $439,795.

11. BSML breached the Arbitrable Agreement by failing to make payment for $195,855 of referral fees due and owing pursuant to the Agreement.

12. CFM has been damaged in the amount of $195,855.

13. CFM has made a written request for BSML to submit the dispute to arbitration pursuant to the terms of the Agreement, and BSML has failed and refused to arbitrate.

**PRAYER FOR RELIEF**

14. Pursuant to 9 U.S.C. § 4, Petitioner prays this Court for an Order Compelling Respondent to engage in arbitration in Los Angeles, California;

15. Pursuant to 9 U.S.C. § 5, Petitioner prays this Court for an Order Appointing an Arbitrator to conduct the arbitration;

16. Pursuant to 9 U.S.C. § 6, Petitioner prays that this petition be adjudicated in the manner of a motion;

17. Petitioner further prays this Court to maintain jurisdiction over the action in order to confirm the arbitration award and enter it as a judgment of this Court pursuant to 9 U.S.C. § 9.

Dated:  April 1, 2011                          CHARLES CARREON, ESQ.

By:   s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiff
CFM Asset Mangement, Inc.

COPY

Name & Address: CHARLES CARREON (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Email: chas@charlescarreon.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CFM ASSET MANAGEMENT, INC., a Nevada corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>BLUE STAR MEDIA, LTD., a Republic of the Seychelles company;<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11 02801 CAS PLAx**<br><br>SUMMONS |

TO:   DEFENDANT(S): BLUE STAR MEDIA, LTD., a Republic of the Seychelles company

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, CHARLES CARREON, whose address is 2165 S. Avenida Planeta Tucson, Arizona 85710. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR - 1 2011

By: CHRISTOPHER POWERS
    Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)   SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

**CV11- 2801 CAS (PLAx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

COPY

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CFM ASSET MANAGEMENT, INC., a Nevada corporation,

**DEFENDANTS**
BLUE STAR MEDIA, LTD., a Republic of the Seychelles company

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
CHARLES CARREON (127139), 2165 S. Avenida Planeta, Tucson, AZ 85710
Tel: 520-841-0835 Email: chas@charlescarreon.com

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ $195,855

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
9 U.S.C. § 1, et. seq., Federal Arbitration Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV11 02801**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Incorporated in Nevada<br>Primary Place of Business in Texas |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Republic of the Seychelles |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Contract contains forum-selection clause designation Los Angeles, California |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_  Digitally signed by Charles H. Carreon, DN: cn=Charles H. Carreon, o=Online Media Law, PLLC, ou=Law Firm, email=chas@charlescarreon.com, c=US, Date: 2011.04.01 00:22:57 -07'00'  **Date** April 1, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |