COPY

CHARLES CARREON (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Email: chas@charlescarreon.com
Attorney for Plaintiffs
CFM Asset Management, Inc.

FILED
11 APR -1 PM 3: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CFM ASSET MANAGEMENT, INC., a Nevada corporation,

    Plaintiff-Petitioner

vs.

BLUE STAR MEDIA, LTD., a Republic of the Seychelles company,

    Defendant-Respondent.

Case No. CV11 02801 CAS PLAx

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff-Petitioner CFM Asset Management, Inc. ("CFM"), that the only party having a direct, pecuniary interest in the outcome of this case is CFM itself. This representation is made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 1, 2011

CHARLES CARREON, ESQ.

By:_____
CHARLES CARREON (127139)
Attorney for Plaintiff
CFM Asset Mangement, Inc.

Digitally signed by Charles H. Carreon
DN: cn=Charles H. Carreon, o=Online Media Law, PLLC, ou=Law Firm, email=chas@charlescarreon.com, c=US
Date: 2011.04.01 00:24:52 -07'00'