Name and address
CHARLES CARREON (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel:  520-841-0835
Email:  chas@charlescarreon.com
Current Attorney for Plaintiffs
CFM Asset Management, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CFM ASSET MANAGEMENT, INC., a Nevada corporation, <br><br> Plaintiff(s) | **CASE NUMBER** <br><br> CV11-02801 CAS PLAx |
| v. | |
| BLUE STAR MEDIA, LTD., a Republic of the Seychelles company, <br><br> Defendant(s). | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

CFM ASSET MANAGEMENT INC  ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of John W. Sullivan _____
*New Attorney*

as attorney of record in place and stead of  Charles Carreon _____
*Present Attorney*

Dated  July 8, 2011 _____        _____
                                     *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  July 7, 2011 _____        _____
                                     *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  July 8, 2011 _____        s/John W. Sullivan/s _____
                                     *Signature of New Attorney*
                                                     204648 _____
                                     *State Bar Number*

If party requesting to appear Pro Se:

Dated _____        _____
                                *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.